FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
1/27/2015 3:28:32 PM
KEITH E. HOTTLE
Clerk

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Marcus Robinson (#01907323)
Skyview Unit
379 F.M. 2972 West
Rusk, Texas 75785-3666

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _McAlister_    ☑ Agent
                 ☑ Addressee

B. Received by (Printed Name)    C. Date of Delivery
F McAlister                       1/20/15

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:          ☐ No

3. Service Type
☑ Certified Mail®        ☐ Priority Mail Express™
☐ Registered             ☐ Return Receipt for Merchandise
☐ Insured Mail           ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)
7014 2120 0001 0627 1754

PS Form 3811, July 2013        Domestic Return Receipt